BEFORE THE FIRST DIVISION, JULY 7, 1966

**No. P66/153.**—Grand Basket Co. *v.* United States, protest 63/13117 (New York).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rush bags or baskets similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiff was sustained.